IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARIA J. TREVINO,<br><br>　　　　　　Defendant. | 4:14-CR-3094<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing (filing 72) is granted.

2. Defendant Maria J. Trevino's sentencing is continued to February 13, 2015, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of December, 2014.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　United States District Judge