IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIA J. TREVINO,<br><br>                Defendant. | 4:14-CR-3094<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing (filing 80) is granted.

2. Defendant Maria J. Trevino's sentencing is continued to April 17, 2015, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 23rd day of February, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge